UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BANERTEK LLC,<br><br>                       Plaintiff,<br>   v.<br><br>MEETME, INC.,<br><br>                       Defendant. | **2:16-cv-00838-JRG-RSP** |

**ORDER**

CAME BEFORE THE COURT, Plaintiff Banertek LLC and Defendant MeetMe, Inc.'s Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of their respective claims and counterclaims against one another.  In accordance with Rule 41(a)(1)(A)(ii), the Court hereby ORDERS that the Parties' claims and counterclaims against one another are **DISMISSED WITH PREJUDICE.**

Plaintiff's Agreed Motion to Withdraw (Dkt. No. 12) is **DENIED AS MOOT.**

**Apr 3, 2017**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE